UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

MIGDALIA DEL CARMEN RODAS-LAGUNA,   PETITIONER

v.   CIVIL ACTION NO. 4:26-CV-53-GNS

SAMUEL OLSON, Field Office Director, Chicago Field Office,
Immigration and Customs Enforcement; et al.   RESPONDENTS

## ORDER

Upon joint motion of the parties to remand the hearing, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED:

Greg N. Stivers, Judge
United States District Court
February 9, 2026